UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: GRAND JURY SUBPOENAS

Case No.  3:25-mj-529 RMS

## NON-DISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding that the providers identified below ("Providers"), being electronic communication service providers and/or remote computing services, may not to notify any person (including the subscribers or customers of the accounts listed in the subpoenas) of the existence of the grand jury subpoenas identified below ("Subpoenas"), until **May 29, 2026,** absent further order by the Court.

| Providers | Subpoenas |
|---|---|
| Valve Corporation | N-24-1-169 (64) |
| Uber Technologies, Inc. | N-24-1-169 (65) |
| Twitch Interactive, Inc. | N-24-1-169 (66) |
| Twilio Inc. | N-24-1-169 (67) |
| Samsung Electronics America, Inc. | N-24-1-169 (68) |
| Reddit, Inc. | N-24-1-169 (69) |
| Microsoft Corporation | N-24-1-169 (70) |
| Meta Platforms, Inc. | N-24-1-169 (71) |
| Discord Inc. | N-24-1-169 (75) |
| Hostinger International Ltd | N-24-1-169 (78) |

The Court determines that there is reason to believe that notification of the existence of the Subpoenas, which have not been reviewed by the Court, will seriously jeopardize the investigation, including by giving subjects of the investigation an opportunity to flee prosecution, destroy or tamper with evidence, and change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Providers shall not disclose the existence of the Subpoenas until **May 29, 2026,** (hereinafter, the "Non- Disclosure Date"), absent further order by the Court, to the listed subscribers or to any other person, unless and until otherwise authorized to do so by the Court, except that the Providers may disclose the Subpoenas to an attorney for the Provider for the purpose of receiving legal advice.

May 30, 2025

Date

Robert M Spector
Digitally signed by Robert M Spector
Date: 2025.05.30 13:24:20 -04'00'

HON. ROBERT M. SPECTOR
United States Magistrate Judge